# In the United States Court of Federal Claims

No. 20-1481C
(Filed: December 21, 2022)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JONATHAN H. THOMASSEE, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On December 20, 2022, Plaintiff filed its notice pursuant to RCFC 52.2(e). *See* Notice (ECF 41). Plaintiff's case was decided to his satisfaction by the Air Force Board for Correction of Military Records (AFBCMR). *Id.* On that basis, in accordance with Rule 52.2(d) of the Rules of the United States Court of Federal Claims (RCFC), Plaintiff requests that the Court dismiss this case with prejudice. *Id.* Pursuant to Defendant's Rule 52.2 Notice (ECF 39), the decision by the AFBCMR is satisfactory to the Defendant and the Defendant agrees that no further Court proceedings are required in this case.

The Clerk of Court is directed to **ENTER** final judgment **DISMISSING** Plaintiff's complaint with prejudice, pursuant to RCFC Rule 52.2(d). The parties shall bear their own costs.

**IT IS SO ORDERED**.

s/ Stephen S. Schwartz
STEPHEN S. SCHWARTZ
Judge